UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD VUE,

    Defendant.

Case No. 24-cr-209 (DSD/JFD)

**PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Indictment and the Plea Agreement entered into between the United States and Defendant Richard Vue; the Court having found that an order of forfeiture is authorized, pursuant to 18 U.S.C. § 982(a)(7), and Fed. R. Crim. P. 32.2, as a result of the charge to which the Defendant has pleaded guilty,

IT IS HEREBY ORDERED that:

1. the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 38) is **GRANTED;**

2. a money judgment forfeiture is entered against Defendant Richard Vue pursuant to 18 U.S.C. § 982(a)(7) in the amount of $355,919;

3. Defendant Vue shall receive a credit against the $355,919 money judgment forfeiture for the net forfeited value of each asset that is forfeited from him in connection with this case;

4. Defendant Vue is ordered to forfeit, pursuant to 18 U.S.C. § 982(a)(7) and Fed. R. Crim. P. 32.2(b)(2)(C), the gross proceeds traceable to the commission of the Health Care Fraud Scheme charged in Count 1 of the Indictment;

5. pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m), the United States may conduct discovery as to Defendant Vue to identify property subject to forfeiture under the terms of this order and to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

6. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

7. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

8. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: April 28, 2025

/s David S. Doty
David S. Doty, Judge
United States District Court