UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 24-209 (DSD)

United States of America,

        Plaintiff,

v.                                    **ORDER**


Richard Vue,

        Defendant.


This matter is before the court upon defendant's request for a surrender date. Based on the submission and the file, record, and proceedings herein, **IT IS HEREBY ORDERED that** defendant shall surrender to the U.S. Marshals in Minneapolis, Minnesota at 10:00 a.m. on Tuesday, November 11, 2025.


Dated: October 16, 2025        s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court